**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF**
**PENNSYLVANIA**

**In RE:**

MARY LYNNE O'BRIEN

**Case No.**  18-10216
**Claim No.**  1

Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both NOTICES and PAYMENTS, listed in the above stated case be changed;

### Address where Notices to the creditor be sent:

FROM:

Wells Fargo Bank, N.A.

Home Equity Group

1 Home Campus X2303-01A

Des Moines, IA 50328

TO:

Wells Fargo Bank, N.A.

Default Document Processing

N9286-01Y, 1000 Blue Gentian Road

Eagan, MN 55121-7700

### Address where Payment to the creditor be sent:

FROM:

Wells Fargo Operations Center

P.O. Box 31557  B6955-01B

Billings, MT  59107

TO:

Wells Fargo Bank, N.A.

Attention: Payment Processing

MAC# X2302-04C, 1 Home Campus

Des Moines IA 50328

Dated: 03/08/2018

/s/ Dipika Parmar

Creditor's Authorized Agent for Wells Fargo Bank, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing address
change document was served via the Bankruptcy Court's electronic filing
and notice system on or about the time the address change was filed, to
all parties below that are registered to receive electronic
notification in the above captioned bankruptcy case.

Case Information

| Debtor(s) MARY LYNNE O'BRIEN | | | |
|---|---|---|---|
| Street | City | State | Zip |
| 1356 SWEETBRIAR ROAD | PERKASIE | PA | 18944 |
| Case Number | Court | Chapter | |
| 18-10216 | Eastern Pennsylvania | 13 | |

**Trustee:**
WILLIAM C MILLER ESQ
PO BOX 1229
PHILADELPHIA, PA 19105

**Debtor/Attorney for Debtor:**
MICHAEL SETH SCHWARTZ
707 LAKESIDE OFFICE PARK
SOUTHAMPTON, PA 18966

By: /s/ Dipika Parmar
Dipika Parmar
P.O. Box 201347
Arlington, TX 76006